# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendant

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Real Value Products Corp**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 18011779 | 4226281 | 12/20/2022 | 2/19/2023 | $ 19,467.12 | $ 19,467.12 |
| 18011779 | 4227653 | 12/20/2022 | 2/19/2023 | $ 1,201.92 | $ 1,201.92 |
| 18011779 | 4227673 | 12/20/2022 | 2/19/2023 | $ 2,372.22 | $ 2,372.22 |
| 18011779 | 4229056 | 12/22/2022 | 2/21/2023 | $ 3,617.76 | $ 3,617.76 |
| 18011779 | 4230744 | 12/28/2022 | 2/27/2023 | $ 1,742.40 | $ 1,742.40 |
| 18011779 | 4231267 | 12/29/2022 | 2/28/2023 | $ 4,056.48 | $ 4,056.48 |
| 18011779 | 4231296 | 12/29/2022 | 2/28/2023 | $ 11,037.60 | $ 11,037.60 |
| 18011779 | 4231331 | 12/29/2022 | 2/28/2023 | $ 174.24 | $ 174.24 |
| 18011779 | 4233492 | 1/6/2023 | 3/8/2023 | $ 12,359.52 | $ 12,359.52 |
| 18011779 | 4238763 | 1/12/2023 | 3/14/2023 | $ 1,201.92 | $ 1,201.92 |
| 18011779 | 4238819 | 1/12/2023 | 3/14/2023 | $ 6,704.64 | $ 6,704.64 |
| 18011779 | 4240371 | 1/13/2023 | 3/15/2023 | $ 76.56 | $ 76.56 |
| 18011779 | 4240372 | 1/13/2023 | 3/15/2023 | $ 306.24 | $ 306.24 |
| 18011779 | 4245433 | 1/17/2023 | 3/19/2023 | $ 25,237.20 | $ 25,237.20 |
| 18011779 | 4248759 | 1/19/2023 | 3/21/2023 | $ 901.44 | $ 901.44 |
| 18011779 | 4248792 | 1/19/2023 | 3/21/2023 | $ 3,383.16 | $ 3,383.16 |
| 18011779 | 4248839 | 1/19/2023 | 3/21/2023 | $ 1,354.44 | $ 1,354.44 |
| 18011779 | 4249905 | 1/20/2023 | 3/22/2023 | $ 2,736.00 | $ 2,736.00 |
| 18011779 | 4251535 | 1/23/2023 | 3/25/2023 | $ 10,610.40 | $ 10,610.40 |
| 18011779 | 4260731 | 1/31/2023 | 4/2/2023 | $ 2,155.08 | $ 2,155.08 |
| 18011779 | 4261461 | 2/1/2023 | 4/3/2023 | $ 19,353.60 | $ 19,353.60 |
| 18011779 | 4263158 | 2/2/2023 | 4/4/2023 | $ 1,427.28 | $ 1,427.28 |
| 18011779 | 4265568 | 2/7/2023 | 4/9/2023 | $ 16,495.20 | $ 16,495.20 |
| 18011779 | 4265594 | 2/7/2023 | 4/9/2023 | $ 1,578.24 | $ 1,578.24 |
| 18011779 | 4267753 | 2/9/2023 | 4/11/2023 | $ 6,123.60 | $ 6,123.60 |
| 18011779 | 4268443 | 2/10/2023 | 4/12/2023 | $ 1,413.36 | $ 1,413.36 |
| 18011779 | 4268457 | 2/10/2023 | 4/12/2023 | $ 14,312.16 | $ 14,312.16 |
| 18011779 | 4272247 | 2/16/2023 | 4/18/2023 | $ 2,039.76 | $ 2,039.76 |
| 18011779 | 4273038 | 2/17/2023 | 4/19/2023 | $ 259.44 | $ 259.44 |
| | | | **Totals:** | **$ 173,698.98** | **$ 173,698.98** |